UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00478-MOC-SCR

| | |
|---|---|
| Michael Sweat, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>Nucor Corporation,<br><br>          Defendant. | NOTICE OF SETTLEMENT AND JOINT MOTION FOR STAY |

Plaintiff Michael Sweat and Defendant Nucor Corporation ("Nucor") (together, the "Parties"), by and through their respective counsel, give notice that they have reached a settlement in principle of the claims of Plaintiff and the proposed class against Nucor. The Parties are working on a settlement agreement and Plaintiff is working on a motion for preliminary approval of the settlement, which Plaintiff expects to file within thirty (30) days. In the meantime, the Parties move that the Court stay all pending deadlines for thirty (30) days, including Nucor's deadline to answer or otherwise respond to the complaint.

*SIGNATURE BLOCK ON NEXT PAGE*

1

Dated: September 23, 2025

    Respectfully submitted,

By: /s/ Karin M. McGinnis
    Scott M. Tyler
    N.C. State Bar No. 23300
    Karin M. McGinnis
    N.C. State Bar No. 19250
    MOORE & VAN ALLEN PLLC
    100 N. Tryon Street, Suite 4700
    Charlotte, NC 28202-4003
    Telephone: (704) 331-1000
    scotttyler@mvalaw.com

    Robert J. Katerberg*
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave. N.W.
    Washington, D.C. 20001
    (202) 942-5000
    Robert.Katerberg@arnoldporter.com

    Daniel E. Raymond*
    ARNOLD & PORTER KAYE SCHOLER LLP
    70 West Madison, Street Suite 4200
    Chicago, IL 60602-4321
    (312) 583-2379
    Daniel.Raymond@arnoldporter.com

    * Admitted *pro hac vice*

    *Counsel for Defendant Nucor Corporation*

By: /s/ Joel R. Rhine
    Joel R. Rhine
    RHINE LAW FIRM, PC
    1612 Military Cutoff Rd, Suite 300
    Wilmington, NC 28403
    (910) 772-9960
    jrr@rhinelawfirm.com

Scott Edward Cole*
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
(510) 891-9800
sec@colevannote.com

\* *Pro hac vice* forthcoming

***Counsel for Plaintiff Michael Sweat***

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Karin M. McGinnis
Karin M. McGinnis