UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| MICHAEL SWEAT, individually, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>NUCOR CORPORATION,<br><br>                  Defendant. | Case No: 3:25-cv-00478-MOC-SCR<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**, NOTICE IS HEREBY **GIVEN** that Representative Plaintiff Michael Sweat ("Representative Plaintiff") hereby applies to this Court for an Order (1) granting preliminary approval of the Parties' class action settlement agreement, (2) granting conditional certification of the settlement class, (3) appointing Cole & Van Note as Settlement Class Counsel, (4) appointing Representative Plaintiff as the class representative, (5) appointing RG/2 Claims Administration LLC as the settlement claims administrator, (6) approving the class notice and (7) setting a hearing date for final settlement approval.

      This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Scott Edward Cole, Esq. and exhibits thereto, and such other oral argument and documentary evidence as may be presented to the Court at the hearing on this Motion. This Motion is unopposed.

1

Dated: November 6, 2025					Respectfully Submitted,

*/s/ Ruth Sheehan*
Joel R. Rhine, Esq.
Ruth Sheehan, Esq.
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com
ras@rhinelawfirm.com

*/s/ Scott Edward Cole*
Scott Edward Cole*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
sec@colevannote.com

Attorneys for Representative Plaintiff and the Plaintiff Class

*Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I, Joel R. Rhine, state that I filed a true and correct copy of the foregoing document via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Dated: November 6, 2025

/s/ Ruth Sheehan
Joel R. Rhine, Esq.
Ruth Sheehan, Esq.
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com