**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:25-cv-478-MOC-SCR**

| | | |
|---|---|---|
| **MICHAEL SWEAT**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NUCOR CORPORATION**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court the parties' Notice of Joint Motion for Remote Appearance (Doc. No. 25). For good cause shown, the Court **GRANTS** the parties' motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Notice of Joint Motion for Remote Appearance (Doc. No. 25) is **GRANTED**.

Signed: June 22, 2026

Max O. Cogburn Jr.
United States District Judge